AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

FREDYS MARTINEZ,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  **3:10-CV-00777-LRH-VPC**

JACK PALMER, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#36) is **GRANTED**. This action is **DISMISSED** with prejudice as untimely.
     **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED** on the issue of whether the court is correct in its determination that equitable tolling is not warranted.

  February 25, 2013          **LANCE S. WILSON**
                                                                         Clerk

                                                                         /s/ D. R. Morgan
                                                                          Deputy Clerk